Dale H. Thayer, SBN 46051
William A. Lapcevic, SBN 238893
CURTIS & ARATA
A Professional Corporation
1300 K Street, Second Floor
Post Office Box 3030
Modesto, California 95354
Telephone: (209) 521-1800
Facsimile: (209) 572-3501

Attorneys for Defendant:
JOSE AMEZQUITA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRZEMYSLAW BRONCEL | Case No. 1:08-CV-00496-AWI-DLB |
| Plaintiff, | NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) |
| v. | Date : August 11, 2008 |
| H&R TRANSPORT, LTD; RANDY WILSON; JOSE AMEZQUITA; CAYETANO CRUZ; SOUTH BEN EXP. and DOES 1 to 100, inclusive | Time : 1:30 p.m.<br>Dept. : 2<br>Judge Anthony W. Ishii |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 11, 2008 at 1:30 p.m. or as soon thereafter as the matter may be heard in Department 2 of the above-entitled court located at 2500 Tulare Street - Fresno, California, defendant, JOSE AMEZQUITA, will and hereby does, move the court for an order dismissing plaintiff's complaint.

The motion will be made on the grounds that plaintiff's complaint fails to state facts sufficient to constitute a cause of action against JOSE AMEZQUITA in that the action is barred by the statute of limitations pursuant to Code of Civil Procedure section 335.1.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, Declaration of William A. Lapcevic and Request for Judicial Notice served and filed herewith, the records and files herein, and such other oral and documentary evidence as may be presented at the hearing on the motion.

DATED: July 3, 2008.

                        CURTIS & ARATA,
                        A Professional Corporation

                        By /s/ William A. Lapcevic
                            William A. Lapcevic
                            Attorneys for Defendant
                            JOSE AMEZQUITA

## PROOF OF SERVICE

I am employed in the County of Stanislaus; my business address is 1300 K Street, Second Floor, Modesto, California 95353. I am over the age of 18 years and not a party to the foregoing action.

On July 8, 2008, I served the following document(s):

**NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**

 X   **By mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. In the ordinary course of business at the law offices of Curtis & Arata, mail placed in that designated area is given the correct amount of postage and is deposited that same day in a United States mailbox in Modesto, California.

___ **By personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below.

___ **By overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at the law offices of Curtis & Arata, mail placed in that designated area is picked up that same day for delivery the following business day.

___ **By facsimile transmission,** by use of facsimile machine telephone number (209) 572-3501 in accordance with Code of Civil Procedure § 1013(e) and California Rules of Court 2008(e), to the following party(ies) at the facsimile number(s) indicated. This transmission was reported as complete and without error, and a copy of the transmission report which was issued by the transmitting facsimile machine is attached to the original hereof.

Sonia Perez-Chaisson, Esq.  
THE LAW OFFICES OF SONIA PEREZ-CHAISSON  
11355 W. Olympic Boulevard, Suite 100  
Los Angeles, CA 90064  
(310) 396-7620

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this document was executed on July 8, 2008 at Modesto, California.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michelle Maines  
　　　　　　　　　　　　　　　　　　　　　　　　　Michelle Maines

1  Dale H. Thayer, SBN 46051
   William A. Lapcevic, SBN 238893
2  CURTIS & ARATA
   A Professional Corporation
3  1300 K Street, Second Floor
   Post Office Box 3030
4  Modesto, California 95354
   Telephone: (209) 521-1800
5  Facsimile: (209) 572-3501

6  Attorneys for Defendant:
   JOSE AMEZQUITA
7

8

9             UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11

   PRZEMYSLAW BRONCEL                      Case No. 1:08-CV-00496-AWI-DLB
12
            Plaintiff,                     SIGNATURE ATTESTATION
13                                         IN SUPPORT OF ALL PLEADINGS
   v.                                      AND DECLARATIONS FILED BY
14                                         DEFENDANT, JOSE AMEZQUITA,
   H&R TRANSPORT, LTD;                     IN SUPPORT OF DEFENDANT'S
15 RANDY WILSON; JOSE AMEZQUITA;           MOTION TO DISMISS PURSUANT
   CAYETANO CRUZ; SOUTH BEN EXP.           TO FRCP 12(b)(6)
16 and DOES 1 to 100, inclusive
                                           Date  : August 11, 2008
17          Defendants.                    Time  : 1:30 p.m.
                                           Dept. : 2
18  _____/        Judge Anthony W. Ishii

19

20      I, William A. Lapcevic, declare:

21      1.   I am an attorney at law licensed to practice before all courts in the State of California

22 and the Eastern District of the United States District Court, and am an associate with the law offices

23 of Curtis & Arata, attorneys of record in this case for defendant, Jose Amezquita.

24      2.   I hereby attest that I have on file all holograph signatures for any signatures indicated

25 by a "conformed" signature (/s/) within all pleadings and declarations filed by defendant, Jose

26 Amezquita, in support of defendant's motion to dismiss.

27 ///

28

1   I declare under the laws of the State of California that the foregoing is true and correct, and
2   if called as a witness, I could and would competently testify thereto.
3   Executed this 8th day of July 2008, in Modesto, California.

     /s/ William A. Lapcevic
     William A. Lapcevic

# PROOF OF SERVICE

I am employed in the County of Stanislaus; my business address is 1300 K Street, Second Floor, Modesto, California 95353. I am over the age of 18 years and not a party to the foregoing action.

On July 8, 2008, I served the following document(s):

**SIGNATURE ATTESTATION IN SUPPORT OF ALL PLEADINGS AND DECLARATIONS FILED BY DEFENDANT, JOSE AMEZQUITA, IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**

_X_  **By mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. In the ordinary course of business at the law offices of Curtis & Arata, mail placed in that designated area is given the correct amount of postage and is deposited that same day in a United States mailbox in Modesto, California.

___  **By personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below.

___  **By overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at the law offices of Curtis & Arata, mail placed in that designated area is picked up that same day for delivery the following business day.

___  **By facsimile transmission,** by use of facsimile machine telephone number (209) 572-3501 in accordance with Code of Civil Procedure § 1013(e) and California Rules of Court 2008(e), to the following party(ies) at the facsimile number(s) indicated. This transmission was reported as complete and without error, and a copy of the transmission report which was issued by the transmitting facsimile machine is attached to the original hereof.

Sonia Perez-Chaisson, Esq.
THE LAW OFFICES OF SONIA PEREZ-CHAISSON
11355 W. Olympic Boulevard, Suite 100
Los Angeles, CA 90064
(310) 396-7620

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this document was executed on July 8, 2008 at Modesto, California.

                                                   /s/ Michelle Maines
                                                     Michelle Maines