1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16

| | | |
|---|---|---|
| **PRZEMYSLAW BRONCEL,** | ) | **CV F 08-0496 AWI DLB** |
| **Plaintiff,** | ) | **ORDER VACATING** |
| | ) | **HEARING DATE OF AUGUST** |
| **v.** | ) | **11, 2008, AND TAKING** |
| | ) | **MATTER UNDER** |
| **H&R TRANSPORT, LTD; RANDY** | ) | **SUBMISSION** |
| **WILSON; JOSE AMEZQUITA;** | ) | |
| **CAYETANO CRUZ; SOUTH BEN EXP.** | ) | |
| **and DOES 1 through 100, inclusive** | ) | |
| | ) | |
| **Defendant**s | ) | |

17
18
19
20
21
22
23
24
25
26
27
28

In this action for damages, defendants H&R Transport, et al. ("Defendants") have noticed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The matter was scheduled for oral argument to be held August 11, 2008.  The Court has reviewed Plaintiffs' motion.  The court notes that, although Plaintiff has filed a notice of voluntary dismissal of defendants Amezquita and South Ben Exp., no opposition to Defendants' motion to dismiss has been filed.  Opposition, which  was due not later than Friday, August 1, 2008, was not filed as of that date and consequently the motion may not be opposed at oral argument.  Local Rule 78-230(b).  The court has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 11, 2008, is VACATED, and no party shall appear at that time.  As of August 11, 2008, the

Court will take the matter under submission, and will thereafter issue its decision.


IT IS SO ORDERED.

**Dated:   August 6, 2008**                    /s/ Anthony W. Ishii
                              CHIEF UNITED STATES DISTRICT JUDGE