IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRZEMYSLAW BRONCEL,<br><br>             Plaintiff,<br><br>     v.<br><br>H & R TRANSPORT, LTD, et al.,<br><br>             Defendants. | NO. 1:08-CV-496-AWI-DLB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AS TO PLAINTIFF PRZEMYSLAW BRONCEL<br><br>(Document #43) |

    The Court has reviewed the documents in this case and determined that Plaintiff Przemyslaw Broncel ("Plaintiff") served Defendant Randy Wilson ("Wilson") with the summons and complaint in this action on June 2, 2008.  On October 6, 2009, Plaintiff filed a proof of service as to Wilson.  Accordingly, the order to show cause set for October 13, 2009 is hereby discharged.

IT IS SO ORDERED.

**Dated:     October 7, 2009**            /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE