**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PRZEMYSLAW BRONCEL, | ) | NO. 1:08-CV-00496-AWI-DLB |
| | ) | |
| Plaintiff, | ) | ORDER VACATING |
| | ) | OCTOBER 13, 2009 HEARING |
| v. | ) | DATE AND TAKING MATTER |
| | ) | UNDER SUBMISSION |
| H&R TRANSPORT, LTD., RANDY WILSON, JOSE AMEZQUITA, CAYETANO CRUZ, SOUTH BEN EXP., and DOES 1-100, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Defendants' motion for summary judgment has been set for hearing in this case on October 13, 2009.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 13, 2009, is VACATED, and the parties shall not appear at that time.  As of October 13, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 9, 2009                    /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE