Joseph H. Low IV (SBN 194897)
THE LAW FIRM OF JOSEPH H. LOW IV
One World Trade Center, Suite 2320
Long Beach, CA 90831
Telephone: (562) 901-0840
Facsimile: (562) 901-0841
joseph@jhllaw.com

Attorney for Przemyslaw Broncel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PRZEMYSLAW BRONCEL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>H&R TRANSPORT, LTD; )<br>RANDY WILSON; JOSE AMEZQUITA; )<br>CAYETANO CRUZ; SOUTH BEN EXP. )<br>and DOES 1 to 100, inclusive. )<br>)<br>Defendants )<br>_____ ) | Case Number: 1:08-CV-496-AWI-DLB<br><br>EX PARTE APPLICATION TO CONTINUE FURTHER SCHEDULING AND/OR SETTLEMENT CONFERENCE; DECLARATION OF JOSEPH H. LOW IV<br><br>Current Date:    January 19, 2010<br><br>Proposed Date:  January 27, 2010<br>Time:                   10:00am<br>Courtroom:         9<br>Judge:                  Hon. Dennis L. Beck |

    Counsel for the plaintiff, Joseph H. Low IV, requests a continuance of the Further Scheduling and/or Settlement Conference on January 19, 2010, to January 26, 2010, or February 9, 2010 at 10:00am., or a future date such as the courts calendar permits, in Courtroom 9 of the above-entitled court, located at 2500 Tulare Street, Fresno, CA 93721.

  Plaintiffs are requesting a brief continuance of the hearing date. Grounds for the continuance are set forth in the declaration of Joseph H. Low IV, submitted here with.

Dated: January 14, 2010                    LAW FIRM OF JOSEPH H. LOW IV

                                                  By: /s/ Joseph H. Low IV
                                                      Joseph H. Low IV
                                                      Attorneys for Plaintiff

## **ORDER**

The Court having read the foregoing *ex parte* application and good cause appearing therefore, IT IS HEREBY ORDERED that the Further Scheduling and/or Settlement Conference in this matter currently scheduled for January 19, 2010, is hereby continued until January 27, 2010, at 10:00 am before the Honorable Dennis L. Beck, U.S. Magistrate Judge.

DECLARATION OF JOSEPH H. LOW IV

I, Joseph H. Low IV, declare:

I am an attorney at the Law Firm of Joseph H. Low IV and counsel of record for plaintiff, PRZEMYSLAW BRONCEL in this matter. The facts set forth herein are personally known to

me, except where alleged on information and belief and if called as a witness I could testify competently thereto.

This declaration is in support of an *ex parte* application to continue the Further Scheduling and/or Settlement Conference hearing presently scheduled for January 19, 2010.

The reasons for said continuance are the following:

1. On December 3, 2009, the Further Scheduling and/or Settlement Conference hearing was reset from December 15, 2009, to January 19, 2010.

2. From January 15, 2010 to January 20, 2010, I will be in Miami, Florida for the depositions of plaintiffs in the matter of *Sarnlek Mongtale, et al v Vaughn Nadeau, et al*. This case is venued in Alaska and these depositions have been scheduled since October.

3. Beginning January 27, 2010 until January 31, 2010, I will be teaching at the Trial Lawyers College, where I have been a senior instructor for over 9 years. I will be teaching the entire seminar providing CLE credits to lawyers.

4. February 1-5, 2010, I will be engaged in a Military Courts Martial on base 29 Palms, CA. I am retained civilian defense counsel for *USA v PFC Drew Crossland.*

5. On January 14, 2010, at approximately 4:30pm, I spoke with Attorney Emily Weissenberger, who is the Attorney for Defendants. Ms. Weissenberger has no objection to a continuance of the Further Scheduling and/or Settlement Conference.

6. I am available January 26, 2010 or February 9, 2010, for the Further Scheduling and/or Settlement Conference.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 14th day of January at Long Beach, California.

/s/ Joseph H. Low IV
JOSEPH H. LOW IV

IT IS SO ORDERED.

Dated: **January 15, 2010**         /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28