IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRZEMYSLAW BRONCEL,<br><br>        Plaintiff,<br><br>   v.<br><br>H&R TRANSPORT, LTD., RANDY WILSON, JOSE AMEZQUITA, CAYETANO CRUZ, SOUTH BEN EXP., and DOES 1 to 100,<br><br>        Defendants. | NO. 1:08-CV-00496-AWI-DLB<br><br>ORDER VACATING MARCH 1, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendant H&R TRANSPORT, LTD.'s motion for reconsideration has been set for hearing in this case on March 1, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 1, 2010, is VACATED, and the parties shall not appear at that time. As of March 1, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 25, 2010           /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE