**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRZEMYSLAW BRONCEL, ) | NO. 1:08-CV-00496-AWI-DLB |
| ) | |
| Plaintiff, ) | ORDER VACATING |
| ) | MARCH 1, 2010 HEARING |
| v. ) | DATE AND TAKING MATTER |
| ) | UNDER SUBMISSION |
| H&R TRANSPORT, LTD., RANDY ) | |
| WILSON, JOSE AMEZQUITA, ) | |
| CAYETANO CRUZ, SOUTH BEN ) | |
| EXP., and DOES 1 to 100, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendant H&R TRANSPORT, LTD.'s motion for reconsideration has been set for hearing in this case on March 1, 2010.   The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 1, 2010, is VACATED, and the parties shall not appear at that time.  As of March 1, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    February 25, 2010**            **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE