**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRZEMYSLAW BRONCEL, ) | NO. 1:08-CV-00496-AWI-DLB |
| )  Plaintiff, ) | ORDER VACATING MAY 3, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |
| v. ) | |
| H&R TRANSPORT, LTD., et al., ) | |
| )  Defendants. ) | |

    Defendant H&R TRANSPORT, LTD., and RANDY WILSON's motion to dismiss has been set for hearing in this case on May 3, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 3, 2010, is VACATED, and the parties shall not appear at that time. As of May 3, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 28, 2010                   /s/ Anthony W. Ishii
                                                        CHIEF UNITED STATES DISTRICT JUDGE