**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRZEMYSLAW BRONCEL,               ) | NO. 1:08-CV-00496 AWI DLB |
|                                   ) | |
| Plaintiff,                        ) | ORDER VACATING |
|                                   ) | JUNE 28, 2010 HEARING DATE |
| v.                                ) | AND TAKING MATTER |
|                                   ) | UNDER SUBMISSION |
| H&R TRANSPORT, LTD;               ) | |
| RANDY WILSON; JOSE AMEZQUITA;     ) | |
| CAYETANO CRUZ; SOUTH BEND         ) | |
| EXP; and DOES 1 to 100, Inclusive,) | |
|                                   ) | |
| Defendants.                       ) | |
|                                   ) | |

Plaintiff's motion for reconsideration of April 27, 2010 Order granting Defendant H&R Transport's motion for reconsideration has been set for hearing in this case on June 28, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 28, 2010, is VACATED, and the parties shall not appear at that time. As of June 28, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  June 23, 2010

CHIEF UNITED STATES DISTRICT JUDGE