1   RONALD S. BUSHNER (State Bar No. 98352)
    EMILY M. WEISSENBERGER (State Bar No. 248898)
2   WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
3   525 Market Street, 17th Floor
    San Francisco, California 94105
4   Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
5

6   Attorneys for Defendant H&R Transport, Ltd.

7

8                     UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA -- FRESNO DIVISION

10
    
11  PRZEMYSLAW BRONCEL,                    Case No.:  1:08-cv-496-AWI-DLB
                                           **JOINT STIPULATION TO EXTEND THE**
12             Plaintiff,                  **DISCOVERY CUTOFF AND PERMIT AN**
                                           **INDEPENDENT MEDICAL**
13       v.                                **EXAMINATION AND [PROPOSED]**
                                           **ORDER**
14  H&R TRANSPORT, LTD., RANDY
    WILSON, JOSE AMEZQUITA, CAYETANO
15  CRUZ, SOUTH BEN EXP. and DOES 1 to     Action Filed: March 14, 2008
    100,
16
    
17            Defendants.

18

19       The parties to the above-entitled action, by and through their respective counsel, hereby

20  stipulate to extend the discovery cutoff from November 12, 2010 to March 14, 2011.  On September

21  9, 2010 this court granted Plaintiff's Motion for Reconsideration.  Plaintiff's motion was originally

22  filed on May 24, 2010 and set to be heard by this Court on June 28, 2010.  On September 21, 2010

23  this court denied Defendant Randy Wilson's motion to dismiss first filed on April 1, 2010.  Due to

24  the previously pending motions these parties have refrained from conducting discovery.  This

25  extension is necessary to conduct party depositions and subpoena medical records.

26       The parties have also agreed to conduct an Independent medical examination of Plaintiff.

27  Defendants will notice the examination for a mutually agreed location and date.  The examination

28  will take place before February 21, 2011, so that the report can be provided prior to the close of

                                           1

596685.1

1    discovery.  This stipulation will in no way effect the Trial date in this matter currently set for May

2    3, 2011.

3          In light of this scheduling change, IT IS HEREBY STIPULATED by and between the

4    parties hereto as follows:

5          Whereas the deadline for discovery is March 14, 2011;

6          Whereas the plaintiff will submit for an independent medical examination no later then

7    February 21, 2011 at a mutually agreed upon date and location.

8          **THEREFORE,** the parties (through their respective counsel of record) pursuant to their

9    agreement hereby request that the Court extend the discovery cutoff to March 14, 2011, and permit

10   the independent medical examination of Plaintiff to take place before February 21, 2011.

11

12   Dated: October 29, 2010          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

13

14                    By: _Emily M. Weissenberger_
                          RONALD S. BUSHNER
15                        EMILY M. WEISSENBERGER
                          Attorneys for Defendant
16                        H&R TRANSPORT, LTD

17   Dated: October 25, 2010          THE LAW FIRM OF JOSEPH H. LOW IV, INC.

18

19

20                    By: _____
                          JOSEPH H. LOW IV
21                        Attorneys for Plaintiff
                          PRZEMYSLAW BRONCEL
22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER                    1:08-cv-496-AWI-DLB

596685.1

1    The Stipulation of all Counsel having been submitted and reviewed, and good cause

2  appearing,

3    IT IS HEREBY ORDERED that the discovery cutoff will be extended to March 14, 2011

4  and that Plaintiff will submit for an Independent Medical Examination no later than February 21,

5  2011.

6

7  Dated:  2 December 2010                    /s/ Dennis L. Beck
                                              Hon. Dennis L. Beck
8                                             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOINT STIPULATION AND [PROPOSED] ORDER                          1:08-cv-496-AWI-DLB

596685.1