Joseph H. Low IV (SBN 194897)
THE LAW FIRM OF JOSEPH H. LOW IV
One World Trade Center, Suite 2320
Long Beach, CA 90831
Telephone: (562) 901-0840
Facsimile: (562) 901-0841
joseph@jhllaw.com

Attorney for Plaintiff
Przemyslaw Broncel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PRZEMYSLAW BRONCEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>H&R TRANSPORT, LTD; RANDY WILSON; JOSE AMEZQUITA; CAYETANO CRUZ; SOUTH BEN EXP. and DOES 1 to 100, inclusive.<br><br>　　　　Defendants | Case Number: 1:08-CV-496-AWI-DLB<br><br>**ORDER GRANTING PLAINTIFF PRZEMYSLAW BRONCEL'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR PROTECTIVE ORDER HEARING**<br><br>Date:　January 7, 2011<br>Time:　9:00am<br>Courtroom: 9, 6th Floor<br>Judge:　Dennis L. Beck |

　　Plaintiff Przemyslaw Broncel's request to appear telephonically at the Motion for Protective Order hearing has been reviewed and considered by the court, and good cause appearing:

**<u>ORDER</u>**

　　IT IS HEREBY ORDERED THAT Plaintiff's request to appear telephonically at the Motion for Protective Order hearing is GRANTED.

IT IS SO ORDERED.

　　Dated:　**January 4, 2011**　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF PRZEMYSLAW BRONCEL'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR PROTECTIVE ORDER HEARING
1:08-CV-496-AWI-DLB
1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28