1  RONALD S. BUSHNER (State Bar No. 98352)
   EMILY M. WEISSENBERGER (State Bar No. 248898)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
5

6  Attorneys for Defendant H&R Transport, Ltd.

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11 PRZEMYSLAW BRONCEL,                     Case No.:  1:08-cv-496-AWI-DLB
                                           **JOINT STIPULATION AND ORDER TO**
12              Plaintiff,                  **LIMIT TESTIMONY AT TRIAL**

13      v.
                                           Action Filed: March 14, 2008
14 H&R TRANSPORT, LTD., RANDY
   WILSON, JOSE AMEZQUITA, CAYETANO
15 CRUZ, SOUTH BEN EXP. and DOES 1 to
   100,
16
17              Defendants.

18

19              I.     __INTRODUCTION__

20      Plaintiff Przemyslaw Broncel ("Plaintiff") and Defendants H & R Transport, LTD., and

21 Randy Wilson ("Defendants") hereby enter into this Stipulation to limit testimony at trial as

22 follows:

23              II.     __RECITALS__

24      A.      H & R Transport admits that Randy Wilson, at the time of the accident at issue in

25 this case, was operating the tractor trailer in the course and scope of his employment.

26      B.      Defendants admit that Randy Wilson negligently operated the vehicle owned by H &

27 R Transport, admit that his negligence was the sole cause of the accident, and acknowledge that

28 they are not claiming third party negligence or plaintiff's comparative fault are a substantial

   contributing factor in causing the accident.

   _____
                                        1
604423.1

1      C.      The Plaintiff and Defendants enter into this stipulation with the intention and

2  understanding that it will limit the testimony at trial to damages only.

3          WHEREFORE, Plaintiff and Defendants HEREBY STIPULATE AS FOLLOWS:

4      **IT IS SO STIPULATED**

5

6  Dated: January 24, 2011                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
   DICKER LLP

7

8

9                               By:    /s/ Ronald S. Bushner
                                     RONALD S. BUSHNER
10                                    EMILY M. WEISSENBERGER
                                     Attorneys for Defendant
11                                    H&R TRANSPORT, LTD

12  Dated: January 17, 2011            THE LAW FIRM OF JOSEPH H. LOW IV, INC.

13

14                               By:    /s/ Joseph H. Low IV
                                     JOSEPH H. LOW IV
15                                    Attorneys for Plaintiff
                                     PRZEMYSLAW BRONCEL
16

17

18                               **ORDER**

19

20      The Stipulation of all Counsel having been submitted and reviewed, and good cause

21  appearing, the testimony at trial will be limited to damages only.

22

23

24  IT IS SO ORDERED.

25  Dated:   February 3, 2011        _____

26                               CHIEF UNITED STATES DISTRICT JUDGE

27

28

JOINT STIPULATION AND ORDER                    1:08-cv-496-AWI-DLB
604423.1