1  RONALD S. BUSHNER (State Bar No. 98352)
   EMILY M. WEISSENBERGER (State Bar No. 248898)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5

6  Attorneys for Defendant H&R Transport, Ltd.

7

8                        UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11 PRZEMYSLAW BRONCEL,                          Case No.: 1:08-cv-496-AWI-DLB
                                                **JOINT STIPULATION TO FURTHER**
12             Plaintiff,                       **EXTEND THE DISCOVERY CUTOFF AND**
                                                **THE INDEPENDENT MEDICAL**
13        v.                                    **EXAMINATION AND ORDER**

14 H&R TRANSPORT, LTD., RANDY
   WILSON, JOSE AMEZQUITA, CAYETANO            Action Filed: March 14, 2008
15 CRUZ, SOUTH BEN EXP. and DOES 1 to
   100,
16
17             Defendants.

18
19         The parties to the above-entitled action, by and through their respective counsel, hereby
20 stipulate to further extend the discovery cutoff from March 14, 2011 to April 4, 2011.  On
21 September 9, 2010 this court granted Plaintiff's Motion for Reconsideration.  Plaintiff's motion was
22 originally filed on May 24, 2010 and set to be heard by this Court on June 28, 2010.  On September
23 21, 2010 this court denied Defendant Randy Wilson's motion to dismiss first filed on April 1, 2010.
24 Due to the previously pending motions these parties have refrained from conducting discovery.  On
25 December 12, 2010 this Court approved a previous stipulation to extend the discovery deadlines.
26 Since that time counsel for both parties have been involved in several trials in other matters that
27 have prevented the completion of discovery.  This further extension is necessary to conduct party
28 depositions, conduct depositions of treating doctors and obtain an Idependent Medical Examination.

1    In the December 12, 2010 stipulation the parties agreed to conduct an Independent medical
2 examination of Plaintiff.  Defendants noticed the examination to take place near Plaintiff's
3 residence in Chicago Illinois on February 11, 20011.  Due to Plaintiff counsel's trial schedule this
4 date was not available.  Therefore the parties agree to extend the deadline upon which to complete
5 this examaintion until March 22, 2011.  This stipulation will in no way effect the Trial date in this
6 matter currently set for May 3, 2011.

7    In light of this scheduling change, IT IS HEREBY STIPULATED by and between the
8 parties hereto as follows:

9    Whereas the deadline for discovery is April 4, 2011;

10    Whereas the plaintiff will submit for an independent medical examination no later then
11 March 22, 2011 with Dr. Bovanendran.

12    **THEREFORE,** the parties (through their respective counsel of record) pursuant to their
13 agreement hereby request that the Court extend the discovery cutoff to April 4, 2011, and permit the
14 independent medical examination of Plaintiff to take place before March 22, 2011.

Dated: February 15, 2010          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  */s/ Ronald Bushner*
RONALD S. BUSHNER
EMILY M. WEISSENBERGER
Attorneys for Defendant
H&R TRANSPORT, LTD

Dated: February 14, 2010          THE LAW FIRM OF JOSEPH H. LOW IV, INC.

By:  /s/ Joseph H. Low IV
JOSEPH H. LOW IV
Attorneys for Plaintiff
PRZEMYSLAW BRONCEL

The Stipulation of all Counsel having been submitted and reviewed, and good cause appearing,

IT IS HEREBY ORDERED that the discovery cutoff will be extended to April 4, 2011 and that Plaintiff will submit for an Independent Medical Examination no later than March 22, 2011.

Dated: 16 February 2011

/s/ *Dennis L. Beck*
Hon. Dennis L. Beck
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER    1:08-cv-496-AWI-DLB

638813.1