Joseph H. Low IV (SBN 194897)
THE LAW FIRM OF JOSEPH H. LOW IV
One World Trade Center, Suite 2320
Long Beach, CA 90831
Telephone: (562) 901-0840
Facsimile: (562) 901-0841
joseph@jhllaw.com

Attorney for Plaintiff
PRZEMYSLAW BRONCEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PRZEMYSLAW BRONCEL,<br><br>        Plaintiff,<br><br>   v.<br><br>H&R TRANSPORT, LTD;<br>RANDY WILSON; JOSE AMEZQUITA;<br>CAYETANO CRUZ; SOUTH BEN EXP.<br>and DOES 1 to 100, inclusive.<br><br>        Defendants | Case Number: 1:08-CV-496-AWI-DLB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL** |

IT IS SO ORDERED that the above-captioned action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  May 6, 2011                         _____
                                            CHIEF UNITED STATES DISTRICT JUDGE